**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-1046**

_____

EALISE CRUMB,

Plaintiff - Appellant,

v.

MCDONALD'S CORPORATION; RAOUL ALVAREZ, trading as McDonald's (Store 1840), as an individual and owner of Ram Foods, Inc., a corporation and the franchise McDonald's; RAM FOODS, INC., trading as McDonald's (Store 1840), a corporation; PRINCE GEORGE'S COUNTY HUMAN RELATIONS COMMISSION, a state agency; D. MICHAEL LYLES, in his individual and official capacity as Executive Director of Prince George's County Human Relations Commission, a Civil Rights Agency for the county; PRINCE GEORGE'S COUNTY, a body corporate and politic,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, Senior District Judge, and Charles B. Day, Magistrate Judge. (8:15-cv-01719-CBD)

_____

Submitted: July 12, 2021                    Decided: July 30, 2021

_____

Before GREGORY, Chief Judge, and NIEMEYER and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ealise Crumb, Appellant Pro Se.  D. Stephenson Schwinn, JORDAN, COYNE & SAVITS, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ealise Crumb appeals a variety of orders pertaining to her civil lawsuit. We have reviewed the record and find no reversible error. Accordingly, we grant Crumb's motion to exceed page limitations and affirm. *Crumb v. McDonald's Corp.*, No. 8:15-cv-01719 (D. Md., Feb. 26, 2016; Nov. 18, 2016; Apr. 27, 2017; June 20, 2017; Dec. 6, 2017; Oct. 21, 2019; Nov. 12, 2019; Nov. 21, 2019; Nov. 22, 2019; Dec. 16, 2019).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent Crumb seeks to appeal additional orders she lists only in her informal brief, she did not identify those orders in her notice of appeal. *See* Fed. R. App. P. 3(c)(1)(B). And, in any event, the district court's rulings on those preliminary matters do not call into question the validity of its disposition of Crumb's action.